FIRE ASSOCIATION OF PHILADELPHIA, Respondent, v. GENERAL HANDKERCHIEF CORP., Appellant. — No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Peck, P, J., and Callahan, J., dissent and vote to reverse and deny the motion. [See *post*, p. 792.]

ELFRIDA I. WESTERBERG, Appellant, v. TIDE WATER ASSOCIATED OIL COMPANY, Respondent. — No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *post*, p. 791.]

WESTCHESTER AND THIRD CORPORATION, Appellant, v. JACK D. WEILER et al., Respondents. — Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ. [See *post*, p. 733.]

ROSE SIEGEL, Appellant, v. CHARLES SIEGEL, Respondent. CHARLES SIEGEL, Respondent, v. ROSE SIEGEL, Appellant. (Consolidated Actions.) — Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 779.]

ARTHUR ARZT, Appellant, v. SAMUEL VOROB, Respondent, et al., Defendants.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Glennon, J. P., Dore, Cohn, Van Voorhis and Shientag, JJ.

CONTINENTAL BANK & TRUST COMPANY OF NEW YORK, as Successor Trustee under a Trust Mortgage Made by 150 Broadway Corporation to WALTER S. KLEE, as Trustee, Respondent, v. 150 BROADWAY CORPORATION et al., Defendants. INDEPENDENT BONDHOLDERS COMMITTEE et al., Appellants. — No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.